```
                                    FILED
                           CLERK, U.S. DISTRICT COURT

                                   4/1/25

                           CENTRAL DISTRICT OF CALIFORNIA
                           BY: ___MRV___ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>JOSE ALBERTO DUARTE,<br>  aka "Jose Albert Duarte,"<br>  aka "Lil Listo,"<br><br>            Defendant. | CR   2:25-cr-00235-MWF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924 and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about January 30, 2025, in Los Angeles County, within the Central District of California, defendant JOSE ALBERTO DUARTE, also known as ("aka") "Jose Albert Duarte," aka "Lil Listo," knowingly possessed the following firearm and ammunition, each in and affecting interstate and foreign commerce:

///

///

1.  A Ruger, model Security-380, .380 caliber pistol, bearing serial number 386-61729;

2.  Seven rounds of Federal .380 auto caliber ammunition;

3.  One round of Winchester Western .380 auto caliber ammunition;

4.  Three rounds of Federal Cartridge .380 auto caliber ammunition;

5.  Two rounds of Remington-Peters .380 Auto caliber ammunition; and

6.  One round of High Precision Range .380 auto caliber ammunition.

Defendant DUARTE possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.  Assault with Firearm, in violation of California Penal Code Section 245(a)(2), in the Superior Court of the State of California, County of Los Angeles, Case Number BA262284, on or about November 22, 2004;

2.  Felon in Possession of a Firearm, in violation of California Penal Code Section 12021(a)(1), in the Superior Court of the State of California, County of Los Angeles, Case Number BA375397, on or about September 9, 2010;

3.  Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, Case Number BA414516, on or about November 13, 2013;

1       4.   Felon in Possession of a Firearm, in violation of
2  California Penal Code Section 29800(a)(1), in the Superior Court of
3  the State of California, County of Los Angeles, Case Number BA428646,
4  on or about January 30, 2015; and
5       5.   Felon in Possession of a Firearm, in violation of
6  California Penal Code Section 29800(a)(1), in the Superior Court of
7  the State of California, County of Los Angeles, Case Number NA122176,
8  on or about November 16, 2023.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2.  If so convicted, the defendant shall forfeit to the United States of America the following:

    (a)  All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

    (b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the convicted defendant shall forfeit substitute property , up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been

///

///

4

placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*Frances D. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

ALEXANDRA SLOAN KELLY
Assistant United States Attorney
General Crimes Section